**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANE DOE,

    Plaintiff,

v.    Case No. 8:25-cv-3362-TPB-AEP

STEVEN C. MESSER,

    Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART "PLAINTIFF'S MOTION TO STRIKE (IN PART) DEFENDANT'S ANSWER (DKT. NO. 18) AND AMENDED ANSWER (DKT. NO. 19), SEALING DEFENDANT'S ANSWER AND AMENDED ANSWER, AND IMPOSING FILING RESTRICTIONS"**

This matter is before the Court on "Plaintiff's Motion to Strike (In Part) Defendant's Answer (Dkt. No. 18) and Amended Answer (Dkt. No. 19), Sealing Defendant's Answer and Amended Answer, and Imposing Filing Restrictions," filed on January 23, 2026. (Doc. 20). Defendant did not file a response in opposition, and the motion reflected that it was unopposed. After reviewing the motion, court file, and the record, the Court finds as follows:

"Plaintiff's Motion to Strike (In Part) Defendant's Answer (Dkt. No. 18) and Amended Answer (Dkt. No. 19), Sealing Defendant's Answer and Amended Answer, and Imposing Filing Restrictions" (Doc. 20) is granted in part and denied in part. In the interest of judicial economy, and in light of Defendant's *pro se* status, Plaintiff is directed to submit a proposed redacted amended answer on or before February 9, 2026. Plaintiff should confer on the proposed redactions, and if Defendant does not

agree with the proposed redactions, he is directed to submit his own proposal on or before February 9, 2026.  The Clerk is directed to place both the original answer (Doc. 18) and amended answer (Doc. 19) under seal and maintain these documents under seal until further order of the court.  The Court notes that if timely redaction proposals are not filed, it may unseal the original documents without further notice.  The Court additionally notes, for the benefit of the *pro se* defendant, that he should not include any personal identifying information of any parties in his filings.

**Defendant is specifically advised that even *pro se* parties must conform with procedural rules, including the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. Litigation - particularly in federal court - is difficult, and Defendant should consider hiring an attorney. If he is unable to afford counsel, he should consider the resources available to *pro se* litigants, including the Legal Information Program operated by the Tampa Bay Chapter of the Federal Bar Association, and the Middle District of Florida's guide to assist *pro se* litigants proceeding in federal court, which is located on the Court's website.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of January, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE