**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANE DOE,

       Plaintiff,

v.                                 Case No. 8:25-cv-3362-TPB-AEP

STEVEN C. MESSER,

       Defendant.

                                         /

## ORDER TO SHOW CAUSE

This cause comes before the Court *sua sponte*. Plaintiff initiated this case against Defendant, who is proceeding pro se, on December 10, 2025 (Doc. 1). Defendant has filed multiple answers on the docket (Doc. 18–19, 26). On February 27, 2025, this case was referred to the IDEAL program, which requires the parties to confer and file a motion requesting a Case Management Conference before the assigned magistrate judge (Doc. 28). Between March 2, 2026, and April 9, 2026, the undersigned's staff made several attempts to confirm Defendant's contact information (*see* Doc. 29). After successfully contacting Defendant, this Court scheduled an IDEAL case management hearing for May 11, 2026 (Doc. 30).

On May 11, 2026, Defendant did not appear at the scheduled hearing (Doc. 31). The undersigned's staff attempted to contact Defendant by calling the phone number listed on the docket, but Defendant did not answer (Doc. 31). At the hearing, Plaintiff's counsel informed the Court that he had not made successful

contact with Defendant since before the scheduling of the IDEAL case management hearing.

Accordingly, it is hereby

ORDERED:

1. A show cause hearing shall be scheduled for June 23, 2026, at 1:00 PM, in Courtroom 10A at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, at which Defendant **must appear in person** to show cause as to why sanctions should not be imposed for his failure to appear at the IDEAL case conference on May 11, 2026. Counsel for Plaintiff must also appear in person at the show cause hearing.

2. If this Court is satisfied with Defendant's reason for his failure to appear at the IDEAL case management conference on May 11, 2026, the show cause will be discharged.

3. No later than June 8, 2026, Defendant is directed to contact counsel for Plaintiff to discuss case management matters, including consent to the IDEAL program (*see* Doc. 28) and whether the parties desire to conduct a settlement conference with the undersigned at the June 23, 2026 hearing.

4. The U.S. Marshals are directed to serve this Order on Defendant at 1626 Royal Forest Loop, Lakeland, FL 33811.

DONE AND ORDERED in Tampa, Florida, on this 11th day of May 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record
       Defendant, *pro se*

3